TOMMIE KING V. THE STATE (TWO CASES).

Nos. 18516, 18517.   Delivered November 4, 1936.

The opinion states the case.

*W. H. Scott,* of Houston, for apellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, JUDGE.—The offense is establishing a lottery; the punishment, a fine of $100.

We find in the transcript a statement by the clerk of the trial court, as follows:

"Defendant not in custody.

"Defendant not under recognizance.

"Defendant not under appeal bond."

Under all of the authorities this court is without jurisdiction. See Grant v. State, 7 S. W. (2d) 90.

The appeal is dismissed.

*Appeal dismissed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.